HELEN M. JUSTER, Appellant, v. HERMAN E. JUSTER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

MARGARET M. KEMPTON, Respondent, v. EDWIN KEMPTON, JR., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

FRANK R. MOORE, Respondent, v. WESTCOTT EXPRESS COMPANY, Appellant.— Order affirmed, without costs. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADAM MATHEIS, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed on default. Blackmar, P. J., Putnam, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILLIP BICKINGS, Respondent, v. WARDEN OF NEW YORK COUNTY PENITENTIARY and Others, Defendants. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed on the authority of *People ex rel. Cerzosie v. Warden, etc.* (223 N. Y. 307). Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

AMERICAN VITRIFIED PRODUCTS COMPANY, Appellant, v. THE STATE OF NEW YORK and Others, Respondents.— Motions denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

JOSEPH BLEIER, Appellant, v. ETHEL BLEIER, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

EDWARD BRENNAN, an Infant, by JAMES BRENNAN, His Guardian ad Litem, Respondent, v. JOHN VAN PRAAG, Appellant. EVA VAN PRAAG, Defendant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

JOHN H. COOPER, Appellant, v. ROGER J. DORN and Others, Individually and as Copartners, etc., Respondents.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

WILLARD L. EAMES, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ALEC FISHER, Respondent, v. T. HOGAN AND SONS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

LINDLEY M. GARRISON, as Receiver, etc., Respondent, v. CRENSHAW ENGINEERING AND CONSTRUCTION COMPANY, INC., and Others, Appellants.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam Kelly and Jaycox, JJ.

THE GERBEREUX COMPANY, Respondent, v. JAMES J. JOYCE, Appellant.— Motion for further extension of time denied, with ten dollars costs. Present — Blackmar, P. J., Putnam, Kelly, Jaycox and Manning, JJ.